IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

    **Plaintiff,**

v.        Case No. 1:22-cv-128-AW-ZCB

**CLOVIS WATSON, JR.,**

    **Defendant.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's November 8, 2022 Report and Recommendation, ECF No. 34, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 34) is adopted and incorporated into this order.

2. The "Notice of Awareness and Motion Requesting Order to Compel and Injunction Order Regarding Mail and Pro-Se Supplies," ECF No. 29, which the court construes as a motion for a preliminary injunction, is DENIED.

3. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on December 8, 2022.

                                        s/ *Allen Winsor*
                                        United States District Judge