# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

    **Plaintiff,**

v.                                            Case No. 1:22-cv-128-AW-ZCB

**CLOVIS WATSON, JR., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the magistrate judge's report and recommendation (ECF No. 67), to which there has been no objection, I now adopt the report and recommendation and incorporate it into this order.

Plaintiff's claims against Defendants Broling and Rodgers are dismissed on the merits for failure to state a claim.

Plaintiff's access-to-courts claim against Defendant Watson is dismissed on the merits for failure to state a claim.

Plaintiff's due process claims against Defendants Watson and Jones are dismissed on the merits for failure to state a claim.

The magistrate judge will conduct further appropriate proceedings as to the remaining claims.

SO ORDERED on December 15, 2023.

                                                      s/ *Allen Winsor*
                                                      United States District Judge