UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES LEE BALLARD,
    Plaintiff,

v.                                              Case No.:  1:22cv128/AW/ZCB

CLOVIS WATSON JR, et al.,
    Defendants.
                                        /

# REPORT AND RECOMMENDATION

This is a *pro se* civil rights case.  (Doc. 1).  On December 15, 2023, the Court ordered Plaintiff to submit two service copies of his Second Amended Complaint within fourteen days.  (Doc. 69).  In that order, the Court notified Plaintiff that his failure to comply would result in a recommendation of dismissal.  (*Id*. at 2).  Nonetheless, Plaintiff failed to comply.  The Court then issued an order requiring Plaintiff to show cause as to why his case should not be dismissed for failure to comply with a Court order.  (Doc. 71).

Plaintiff then sought more time to submit the service copies.  (Doc. 70).  The Court granted Plaintiff's request and provided him with an additional twenty-one days to submit the required service copies.  (Doc.

1

72). In that order, the Court explained that Plaintiff's failure to comply would result in a recommendation of dismissal. (*Id.*) The deadline has now passed, and Plaintiff has not provided the service copies. Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to comply with a court order directing him to file his amended complaint); *Lewis v. Warden of the Pensacola Fed. Prison Camp*, No. 3:21cv679, 2021 WL 11680523, at *2 (N.D. Fla. July 28, 2021), *adopted by*, 2021 WL 11680501 (recommending dismissal when the plaintiff failed to submit the required service copies as ordered by the court).

At Pensacola, Florida, this 6th day of February 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## **Notice to the Parties**

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.