IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

    **Plaintiff,**

v.                                                               Case No. 1:22-cv-128-AW-ZCB

**CLOVIS WATSON JR., et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se Plaintiff James Ballard has not complied with court orders, and the magistrate judge recommends dismissal. ECF No. 73. Ballard has filed no objection to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The remaining claims will be dismissed without prejudice for failure to comply with court orders. Judgment will issue consistent with the earlier order resolving other claims. *See* ECF No. 68.

The clerk will enter a judgment that says, "Plaintiff's claims against Defendants Broling and Rodgers are dismissed on the merits for failure to state a claim. Plaintiff's access-to-courts claim against Defendant Watson is dismissed on the merits for failure to state a claim. Plaintiff's due process claims against Defendants Watson and Jones are dismissed on the merits for failure to state a claim.

1

2

Plaintiff's remaining claims are dismissed without prejudice for failure to comply with court orders."

The clerk will then close the file.

SO ORDERED on March 5, 2024.

                                                s/ *Allen Winsor*
                                                United States District Judge